UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT FLAGG, STEPHEN KINDLE, BRIAN BRANDNER, JAMES OBED, KEITH GRIZZLE, and JOHN NANCE, individually; and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC., THE SERVICE MASTER COMPANY, INC.; TERMINIX INTERNATIONAL, INC.; TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP; GLEN FOSTER; ANDREW FLEMING; ROBERT DAVIS; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-6904 AB- SK<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE ANDRÉ BIROTTE JR.<br><br>**ORDER RE DISMISSAL OF LAWSUIT**<br><br>**[FED. R. CIV. PROC. 41(a)]**<br><br>Complaint Filed: July 3, 2018<br>Trial Date: N/A |

After reviewing and considering the Stipulation Re Dismissal of Lawsuit by and between Plaintiffs TRENT FLAGG, STEPHEN KINDLE, BRIAN BRANDNER, JAMES OBED, KEITH GRIZZLE, and JOHN NANCE (collectively, "Plaintiffs") and Defendants SERVICEMASTER GLOBAL HOLDINGS, INC., THE SERVICE MASTER COMPANY, INC., TERMINIX INTERNATIONAL, INC., TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, GLEN FOSTER, ANDREW FLEMING, and ROBERT DAVIS (collectively, "Defendants") and **GOOD CAUSE APPEARING THEREFOR**, IT IS **HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Plaintiffs' Complaint and this entire action shall be, and hereby is, **DISMISSED** pursuant to Fed. R. Civ. Proc. 41(a) ***WITH PREJUDICE*** as to all of the claims of Plaintiffs Trent Flagg, Stephen Kindle, Brian Brandner, James Obed, Keith Grizzle, and John Nance (including Plaintiffs' individual PAGA claims), asserted against all Defendants, and ***WITHOUT PREJUDICE*** as to the claims of all similarly-situated aggrieved employees (if any) other than Plaintiffs (including the PAGA claim) asserted against all Defendants; and

2. Each Party shall bear his or its own attorneys' fees and costs incurred in connection with the prosecution or defense of this action.

**SO ORDERED**.

Dated: January 13, 2020

_____
HON. ANDRÉ BIROTTE JR
United States District Judge